UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT TY POULSON, <br><br> Plaintiff, <br><br> vs. <br><br> NORCO MEDICAL SUPPLY AND HARRINGTON'S MEDICAL SUPPLY, <br><br> Defendant. | Case No. CV-17-005-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judge Lynch's Findings and Recommendation are ADOPTED IN FULL. Plaintiff Kermit Ty Poulson's request to proceed in forma pauperis under 28 U.S.C. § 1915(a)(l) is DENIED, and this action is DISMISSED.

    Dated this 7th day of February, 2017.

                              TYLER P. GILMAN, CLERK

                              By: /s/ A. Puhrmann
                              A. Puhrmann, Deputy Clerk